UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SCOTT,

        Plaintiff,

vs.

        Case No. 09-CV-12129
        HON. GEORGE CARAM STEEH

BERNADETTE STONE, MICHAEL LEWIS,
JAN BIGELOW, and TRACIE SHAW,

        Defendants.

_____/

ORDER OF ADMINISTRATIVE CLOSING

On even date, this Court entered an Order staying these proceedings pending plaintiff David Scott's payment of costs imposed under Fed. R. Civ. P. 41(d) on or before December 14, 2009.

This case is hereby ADMINISTRATIVELY CLOSED. This case may be reopened on or before December 14, 2009 by motion of any party on demonstrating that plaintiff Scott has paid the costs imposed under Rule 41(d) as ordered. This matter may be reopened by the court on or after December 15, 2009 to dismiss plaintiff Scott's claims for failure to comply with the court's order of even date imposing costs.

        SO ORDERED.

Dated: September 14, 2009

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 14, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk