UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SCOTT,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　Case No. 09-CV-12129
　　　　　　　　　　　　　　　　　　　　　　　　HON. GEORGE CARAM STEEH

BERNADETTE STONE, MICHAEL LEWIS,
JAN BIGELOW, and TRACIE SHAW,

    Defendants.

_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (# 26)

Plaintiff David Scott, appearing pro se, moves for reconsideration of the court's December 15, 2009 Order dismissing his claims without prejudice for failure to comply with the court's September 14, 2009 Order. Scott's motion candidly admits that he has not complied with the September 14, 2009 Order. Scott has also failed to demonstrate palpable error. See E.D. Mich. LR 7.1(g)(3). Accordingly,

Scott's motion for reconsideration is hereby DENIED.

SO ORDERED.

Dated: January 4, 2010

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 4, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk