UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID J. SCOTT,

    Plaintiff,

Case No. 09-CV-12129
HON. GEORGE CARAM STEEH

vs.

BERNADETTE STONE, MICHAEL LEWIS, JAN BIGELOW, and TRACIE SHAW,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN DISCOVERY [#48]

Before the court is plaintiff's motion to reopen discovery, filed on July 2, 2010. On July 7, 2010, the court conducted a telephone conference with the parties regarding plaintiff's motion to reopen discovery. Upon consideration of the parties' respective positions, the court finds that granting plaintiff's motion to reopen discovery will serve the interests of justice.

Accordingly,

Plaintiff's motion to reopen discovery is GRANTED.

Discovery is hereby reopened for a period of sixty (60) days. Discovery cut-off is September 6, 2010.

IT IS SO ORDERED.

-1-

Dated: July 8, 2010

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 8, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---